794

TEACHERS' RETIREMENT SYSTEM OF LOUISIANA et al., Appellants,
v PRICEWATERHOUSECOOPERS LLP, Respondent.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST,
Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by American Institute of Certified Public Accountants et al. for leave to file a brief amici curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

TEACHERS' RETIREMENT SYSTEM OF LOUISIANA et al., Appellants,
v PRICEWATERHOUSECOOPERS LLP, Respondent.

MARC S. KIRSCHNER, as Trustee of the REFCO LITIGATION TRUST,
Appellant, v KPMG LLP et al., Respondents, et al., Defendants.

Submitted August 2, 2010; decided August 26, 2010

Motion by the Center for Audit Quality for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.